**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **JOHN PATE** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:11-cv-00209 |
| | ) | |
| v. | ) | Judge Thomas M. Rose |
| | ) | |
| **METOKOTE CORPORATION, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF JOHN PATE'S MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT METOKOTE CORPORATION**

Upon Motion of Plaintiff John Pate, for good cause shown, and because neither Plaintiff John Pate nor Defendant Adecco USA, Inc. have any claims pending or otherwise against Defendant MetoKote Corporation, the Court hereby GRANTS Plaintiff John Pate's Motion to Dismiss With Prejudice Counts I, II, III, IV, IX, and X of his First Amended Complaint against Defendant MetoKote Corporation.

**It is so ordered.**

Dated: November 13, 2013           s/Thomas M. Rose
                                   United States District Judge